UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 07-CR-303

CHRISTOPHER T. JACKSON,

    Defendant.

---

**ORDER APPROVING STIPULATION AND DIRECTING ENTRY OF JUDGMENT**

---

Defendant Christopher Jackson was convicted of Armed Bank Robbery and Possession of a Firearm by a Felon, and Judgment was entered on October 14, 2008. Jackson was sentenced to to 115 months imprisonment, to be followed by 5 years of supervised release. Jackson's term of supervised release commenced on July 19, 2019. On November 19, 2019, a warrant was issued to return Jackson to court to show cause why his supervised release should not be revoked. Detainers were lodged on May 2, 2022 and July 6, 2022. On March 14, 2023, counsel filed a "Stipulation for Revocation of Supervised Release and Agreed Sentence, and Motion to Approve Stipulation" jointly seeking imposition of a 26-month sentence under Fed. R. Crim. P. 11(c)(1)(C).

Based upon the agreement of the parties, the court approves the stipulation of the parties, directs the clerk to enter a Judgment of Revocation, and sentences the Defendant to the agreed upon 26 months of incarceration, concurrent with the sentence imposed in Brown County Case Number 2020CF000755, with no supervised release to follow.

**SO ORDERED** at Green Bay, Wisconsin this <u>15th</u> day of March, 2023.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge